UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:26-cv-60709-AHS

MICHAEL JAMES VOLPE,

    Plaintiff,

v.

CSY, LLC D/B/A DISENO MIAMI D/B/A
ROVE CONCEPTS *et al.*,

    Defendants.

_____/

**SUMMONS IN A CIVIL ACTION**

To:     Defendant:    CSY, LLC d/b/a Diseno Miami d/b/a Rove Concepts
       Registered Agent:    Cem M. Gurkan
                                3040 N 29th Ave Unit L
                                Hollywood, Florida 33020

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Dillon S. Cuthbertson, Esq.
    Koz Law, P.A.
    800 East Cypress Creek Road, Suite 421
    Fort Lauderdale, Florida 33334

    Tel: (786) 924-9929
    Fax: (786) 358-6071
    Email: dc@kozlawfirm.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 12, 2026



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ S.Carlson
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:26-cv-60709-AHS

MICHAEL JAMES VOLPE,

    Plaintiff,

v.

CSY, LLC D/B/A DISENO MIAMI D/B/A
ROVE CONCEPTS *et al.*,

    Defendants.
_____/

**SUMMONS IN A CIVIL ACTION**

To:    Defendant:    Cem M. Gurkan
    1925 Brickell Ave Apt D606
    Miami, Florida 33129

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dillon S. Cuthbertson, Esq.
Koz Law, P.A.
800 East Cypress Creek Road, Suite 421
Fort Lauderdale, Florida 33334

Tel:    (786) 924-9929
Fax:    (786) 358-6071
Email: dc@kozlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 12, 2026



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ S.Carlson
Deputy Clerk
U.S. District Courts